UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K‍ENYATTA W‍ILLIAMS,

    Plaintiff,                                   Hon. Janet T. Neff

v.                                              Case No. 1:10-cv-00766

N‍ICHOLAS J. S‍CHABERG, et al.,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff filed her complaint on July 26, 2010, and was granted permission to proceed *in forma pauperis*. However, her complaint could not be served because no addresses were provided for the defendants. On August 11, 2010, Plaintiff was ordered to provide an address for each defendant to the Clerk's Office by August 31, 2010, or risk having her complaint dismissed. No addresses have been provided and the case cannot proceed.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

                                                         Respectfully submitted,

Date: September 27, 2010                           /s/ Ellen S. Carmody
                                                                ELLEN S. CARMODY
                                                                United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).