UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

KENYATTA WILLIAMS,

        Plaintiff,                                             Case No. 1:10-cv-766

v.                                                             Hon. Janet T. Neff

NICHOLAS J. SCHABERG, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt. 6) of the Magistrate Judge, filed September 27, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.


Dated: October 21, 2010                                /s/Janet T. Neff
                                                                       JANET T. NEFF
                                                                       UNITED STATES DISTRICT JUDGE